IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-86-8M-KS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| REBECCA LEIGH EPSTEIN, ) | |
| ) | |
| Defendant. ) | |

A telephonic hearing was held in this matter on August 2, 2023, to address a bond modification requested by the United States Probation Office. Ms. Epstein appeared through her attorney of record, Jamie L. Vavonese, and the government was represented by Assistant United States Attorney Nathaniel Tyler Lemons. With consent of the parties, the court ORDERS that the Release Order entered May 18, 2023, in the United States District Court for the Central District of California [DE #244] be AMENDED to include the following additional condition of release:

> Defendant shall participate in residential substance abuse treatment as directed by the Supervising Agency and shall pay all or part of the costs of treatment based upon her ability to pay as determined by the Supervising Agency.

All other conditions of the Release Order shall remain in full force and effect.

This 14th day of August 2023, for August 2, 2023.

KIMBERLY A. SWANK
United States Magistrate Judge