IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00086-M-KS-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REBECCA LEIGH EPSTEIN,

    Defendant.

ORDER

This matter comes before the court on Defendant's unopposed Motion for Release of Pre Trial Supervision Records. [DE 419]. For good cause shown, the motion is GRANTED. The United States Probation Office is DIRECTED to release the pre-trial supervision records, including drug tests and test results to Defendant or her attorney of record for her family court proceedings.

SO ORDERED this 24th day of October, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE