IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00086-M-KS-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REBECCA LEIGH EPSTEIN,

    Defendant.

ORDER

The court takes up this matter sua sponte. On September 9, 2025, Defendant entered a not guilty plea as to the applicable charge in the Superseding Indictment. At the hearing, the court ordered the parties to provide proposed trial dates, but as of this writing, the court has not received any such communication. So, the parties are ORDERED to jointly provide three dates upon which a trial might commence on or before October 3, 2025. The joint filing should advise as to the anticipated length of the trial.

SO ORDERED this 26th day of September, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE