IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CR-00086-M-KS-8

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REBECCA LEIGH EPSTEIN,<br><br>    Defendant. | ORDER |

This matter comes before the court on Defendant's Motions to Accept Written Waiver of Arraignment and Plea of Not Guilty [DE 494, 495]. For the following reasons, the motion is granted.

Rule 10(b) of the Federal Rules of Criminal Procedure permits a defendant to waive arraignment in open court if "(1) the defendant has been charged by indictment or misdemeanor information; (2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and (3) the court accepts the waiver." Fed. R. Crim. P. 10(b).

Here, in a waiver signed by both Defendant her counsel, Defendant asserts that she has reviewed the contents of the Second Superseding Indictment [DE 481]; that she knowingly and voluntarily waives her right to an arraignment in open court; and that she enters a plea of not guilty to the two charges brought against her. *See* DE 495-1. For good cause shown, the court accepts Defendant's waiver and her plea of not guilty as to Count One and Count Two of the Second

Superseding Indictment.  The arraignment hearing currently scheduled for April 22, 2026, is

TERMINATED.

SO ORDERED this ___17___th day of April, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2